FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
ASSET CASES

Page: 1

**Case Number:** 21-56783 JWC  
**Case Name:** Russell L Crawford  
**Period Ending:** 09/30/22

**Trustee:** John Lewis Jr.  
**Filed (f) or Converted (c):** 09/10/21 (f)  
**§341(a) Meeting Date:** 10/14/21  
**Claims Bar Date:** 05/02/22

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | cobalt 252 2001 miles<br>(see footnote) | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2020 HP Desktop computer (used for business0 | 800.00 | 0.00 | OA | 0.00 | FA |
| 3 | Weddingring | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | Savings Account: HealthEquity | 0.00 | 0.00 | OA | 0.00 | FA |
| 5 | Other Financial Account: Betterment<br>(see footnote) | 894.00 | 894.00 | | 0.00 | 894.00 |
| 6 | Other Financial Account: Acorns<br>(see footnote) | 784.00 | 784.00 | | 0.00 | 784.00 |
| 7 | Resource Launch Company | 0.00 | 0.00 | | 0.00 | FA |
| 8 | TD Ameritrade<br>(see footnote) | 10,476.00 | 120.00 | | 0.00 | 10,476.00 |
| 9 | Counterclaims against Stag Enterprise, Inc. | 200,000.00 | 200,000.00 | OA | 0.00 | 200,000.00 |
| 10 | Everyday clothes, heavily worn (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 11 | checking account: TD Ameritrade (u) | 43,000.00 | 43,000.00 | | 40,951.90 | 2,048.10 |
| 12 | Checking account: PrimeSouth (u) | 35,000.00 | 35,000.00 | | 35,266.49 | 13,733.51 |
| 13 | Savings account: Synovus (u) | 39.46 | 39.46 | | 0.00 | 39.46 |
| 14 | Coastal Oaks Marketing, LLC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | All refunds listed are for 2021, with the return just filed : Federal (u)<br>IRS Intercept Letter Submitted | 7,124.00 | 7,124.00 | | 0.00 | 7,124.00 |
| 16 | All refunds listed are for 2021, with the return just filed : State (u) | 135.00 | 135.00 | | 0.00 | 135.00 |
| 17 | HealthEquity HSA 6415632 (u) | 15,800.00 | 15,800.00 | | 0.00 | 15,800.00 |
| 18 | Account receivable due to RLC from Old Fourth Ward, assigned to Debtor in satisfaction of outstanding compensation and expenses advanced due. (u)<br>(see footnote) | 432,635.00 | 432,635.00 | | 0.00 | 432,635.00 |

FORM 1
Page: 2
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| # | Description | | | | |
|---|---|---|---|---|---|
| 19 | An expired option for Atlanta Falcons season tickets, which is likely no longer recoverable for non-payment on the PMI. (u) | 0.00 | 0.00 | 0.00 | FA |
| 20 | Cash on hand (u) | 6,000.00 | 6,000.00 | 0.00 | 6,000.00 |
| 21 | Preference Payments to Patricia Dolling<br>Payments on 3/1/2021 and 9/10/2020 for Satisfaction of prior debt for purchase/improvement of property, paid from the sale of 202 Settlers Road. | 310,000.00 | 310,000.00 | 0.00 | 310,000.00 |
| 22 | Payment for legal fees incurred in lawsuit listed above. (Dates listed here are inclusive of all payments made during representation.) (u)<br>Payment to Katz Law Firm 7/31/2020-4/30/2021 | 29,950.00 | 29,950.00 | 0.00 | 29,950.00 |
| | **TOTALS** (Excluding Unknown Values) | **$1,108,637.46** | **$1,081,481.46** | **$76,218.39** | **$1,029,619.07** |

Regarding Property #1   Property Value changed from $17,000.00 to $15,000.00.  Petition Value changed from $17,000.00 to $15,000.00.
Regarding Property #5   Petition Value changed from $0.00 to $894.00.
Regarding Property #6   Petition Value changed from $0.00 to $784.00.
Regarding Property #8   Petition Value changed from $0.00 to $10,476.00.
Regarding Property #18   Asset Description changed from "" to "Account receivable due to RLC from Old Fourth Ward, assigned to Debtor in satisfaction of outstanding compensation and expenses advanced due.".

**Major activities affecting case closing:**
<10/31/2022, 6:26:16 PM - ShanekaR-630>
We received some settlement overtures from Debtor's previous counsel. We are still figuring out what to do with regard to those overtures.

 As for the investigations we have been conducting, Debtor still has not provided complete and accurate information and records despite our requests. As a result, I do not believe we have anything new to add to the previous status report. The next steps we have identified are as follows: (1) 2004 examinations of Ms. Dollnig and her closing attorney regarding the fraudulent transfer associated wit her house located in St. Simons, GA; and (2) an adversary proceeding against Old Fourth to obtain the commissions owed to the bankruptcy estate. We reached out to counsel for Old Fourth, Mr. Vincent Russo, regarding the unpaid commissions, but our calls have been ignored. Sam Katz is also refusing to produce the documents requested regarding his prior representation of Debtor despite our assertions that the Trustee has waived the privilege.
<4/9/2022, 12:25:33 PM - ShanekaR-630>
The trustee is investigating funds being held in TD Bank and Prime South, preference payments to Patrica Dolling, and preference payments to Katz law firm. IRS tax intercept has been filed for Federal return.

3/14/2022 ADVERSARY COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE FILED BY UST

**Initial Projected Date of Final Report (TFR):**  March 31, 2023          **Current Projected Date of Final Report (TFR):**  March 31, 2023

      November 04, 2022                                                              /s/ John Lewis Jr.
            Date                                                                            John Lewis Jr.

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 21-56783 JWC | | **Trustee:** | John Lewis Jr. |
|---|---|---|---|---|
| **Case Name:** | Russell L Crawford | | **Bank Name:** | Signature Bank |
| | | | **Account:** | ******1255 - Checking |
| **Taxpayer ID#:** | ******7780 | | **Blanket Bond:** | $31,475,000.00 (per case limit) |
| **Period:** | 04/01/22 - 09/30/22 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/05/22 | Asset #12 | Prime South Bank | Unscheduled deposit account balance as of filing date. Per Trustee's Notice of Sweep to bank responded 4/27/22 | 1229-000 | 35,266.49 | | 35,266.49 |
| 05/19/22 | Asset #11 | TD Ameritrade Clearing | Unscheduled deposit account discovered in investigation. | 1229-000 | 40,951.90 | | 76,218.39 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 56.04 | 76,162.35 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 123.76 | 76,038.59 |
| 07/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 123.56 | 75,915.03 |
| 08/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 123.36 | 75,791.67 |
| 09/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 123.16 | 75,668.51 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 76,218.39 | 549.88 | $75,668.51 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 76,218.39 | 549.88 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$76,218.39** | **$549.88** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1255 | 76,218.39 | 549.88 | 75,668.51 |
| | $76,218.39 | $549.88 | $75,668.51 |